Name and address:
Law Offices of Joseph H. Malley
1045 North Zang Blvd.
Dallas, Texas, 75208

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Davis Et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:10-cv-07112-GW-JGC |
| v. | |
| VideoEgg | **APPLICATION OF NON-RESIDENT** |
| Defendant(s). | **ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Joseph Hanson Malley                               , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant:
Davis Et al.                                          by whom I have been retained.

My business information is:
Law Offices of Joseph H. Malley
*Firm Name*
1045 North Zang Blvd.
*Street Address*                    malleylaw@gmail.com
Dallas, Texas, 75208                                 *E-Mail Address*
*City, State, Zip*
214-943-6100                        214-943-6170
*Telephone Number*                  *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| State of Texas Bar No. 12865900 | November 1986 |
| U.S. District Court/ Northern District of Texas | April 2004 |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:10-cv-05484-GW-JGC | Valdez Et al. v. Quantcast Et al. | 11-3-2010 | pending |
| 2:10-cv-05948-GW-JGC | White Et al. v. Clearspring Et al. | 11-3-2010 | pending |
| 8:10-cv-01256-JVS-VBK | LaCourt Et al. v. Specific Media | 11-3-2010 | pending |
| 2:10-cv-07112-GW-JGC | Davis Et al. v. VideoEgg | 11-3-2010 | pending |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate David Parisi as local counsel, whose business information is as follows:

Parisi & Havens LLP
*Firm Name*

15233 Valleyheart Drive
*Street Address*

Sherman Oaks, California, 91403
*City, State, Zip*

dcparisi@parisihavens.com
*E-Mail Address*

818-990-1299
*Telephone Number*

818-501-7852
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated 11-3-10

Joseph Hanson Malley
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 11/12/2010

David C. Parisi
*Designee's Name (please print)*

*Designee's Signature*

162,248
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

November 05, 2010

RE:   **Mr. Joseph Hanson Malley**
      State Bar Number - **12865900**

To Whom it May Concern:

This is to certify that Mr. Joseph Hanson Malley was licensed to practice law in Texas on November 07, 1986 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh

