UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY DAVIS, *et al.*,

        Plaintiffs,

v.

VIDEOEGG, INC.,

        Defendant.

No. 2:10-cv-07112-GW(JCGx)

**ORDER CONTINUING DATE FOR MOTION FOR FINAL APPROVAL**

Pursuant to the stipulation between and among the parties, and good cause appearing therefore, the Court orders as follows:

The Court resets the date for plaintiffs' filing of their motion for final approval of the proposed settlement in the above-captioned matters to April 19, 2011.

Dated: April 18, 2011

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

*[signature]*
_____
GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER             No. 2:10-cv-07112-GW